**'08 CIV 4489**

658-07/GMV/PLS

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SIERRA MARINE S.A.,

                Plaintiff,

  -   against –

SALEM M. ABDOU EL HADY, an individual,

                Defendant.
-------------------------------------------------------------x



08 CV

**RULE 7.1 STATEMENT**

        Plaintiff, SIERRA MARINE S.A. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 14, 2008

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiff SIERRA MARINE S.A.

By:            _____
                         Gina M. Venezia (GV 1551)
                         Pamela L. Schultz (PS 8675)
                         80 Pine Street
                         New York, NY 10005
                         (212) 425-1900
                         (212) 425-1901 fax