**MEMO ENDORSED**

## LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 921-1916


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/08

August 20, 2008

Our ref: 658-07/GMV/PLS

**Via Fax No: 212 805 7932**
The Honorable Theodore H. Katz
Daniel Patrick Moynihan U. S. Courthouse
500 Pearl Street
Room 1660
New York, New York 10007

RE:   Sierra Marine S.A. v. Salem M. Abdou El Hady 08 CV 4489 (LAP)

Dear Judge Katz:

We represent Plaintiff in the captioned action which involves a maritime attachment pursuant to Rule B of the Federal Rules of Civil Procedure and write to provide at the Court's request an update on this matter.

In May 2008, Plaintiff filed a Verified Complaint seeking an attachment of funds of Defendant as security for its maritime claims. The Court granted the request, and although Plaintiff has not yet been successful in restraining assets of Defendant, efforts to do so are continuing. Further, Plaintiff is informed that Defendant continues to do business in his own name.

Accordingly, Plaintiff requests this matter be placed on the suspense calendar with the *proviso* that the attachment remain in place and Plaintiff be permitted to continue to continue to serve the garnishees on a daily basis. Further, Plaintiff would provide the Court with a status report every ninety (90) days in regard to the status of the application.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP
Pamela L. Schultz

PLS:lu

NYDOCS1/311049.1

*[Handwritten endorsement:] The case shall be placed on the suspense calendar. The attachment remains in place. Provide a status report on October 30, 2008.*

**SO ORDERED**
8/25/08
THEODORE H. KATZ
U.S. MAGISTRATE JUDGE